**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| RODOLFO ULISES GUERRERO-MURRILLO,<br><br>Petitioner,<br><br>v.<br><br>ACTING OR CURRENT WARDEN et al,<br><br>Respondents. | Case No. 5:26-cv-03204-RGK-DFM<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections were filed by the deadline. The Court accepts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that the Petition for Writ of Habeas Corpus is DENIED and this action is DISMISSED WITHOUT PREJUDICE.

Date: 8/18/2026

R. GARY KLAUSNER
United States District Judge